# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AJA WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> NELNET, INC. and EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 1:19-cv-01721-PAB <br><br> Honorable Judge Pamela A. Barker |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that AJA WHITEHEAD, ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendants, EQUIFAX INFORMATION SERVICES, LLC, only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 21st day of October 2019.

Respectfully submitted,

*s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8181
thatz@sulaimanlaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                                 *s/ Taxiarchis Hatzidimitriadis*
                                                                  Taxiarchis Hatzidimitriadis